**From:** JPMLCMECF@jpml.uscourts.gov
**Date:** July 3, 2024 at 11:54:17 AM AST
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2873 IN RE: Aqueous Film-Forming Foams Products Liability Litigation CTO Final Minute Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/3/2024 at 11:53 AM EDT and filed on 7/3/2024
**Case Name:** IN RE: Aqueous Film-Forming Foams Products Liability Litigation
**Case Number:** MDL No. 2873
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-198) Finalized on 7/3/2024. Please see pleading (4 in ILS/3:24-cv-01472, [2746] in MDL No. 2873, 3 in NYS/1:24-cv-04589, 5 in PR/3:24-cv-01248, 5 in PR/3:24-cv-01250, 4 in PR/3:24-cv-01251, 4 in PR/3:24-cv-01254, 4 in PR/3:24-cv-01258).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. South Carolina for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Acting Clerk of the Panel Marcella R. Lockert on 7/3/2024.**

**Associated Cases: MDL No. 2873, ILS/3:24-cv-01472, NYS/1:24-cv-04589, PR/3:24-cv-01248, PR/3:24-cv-01250, PR/3:24-cv-01251, PR/3:24-cv-01254, PR/3:24-cv-01258 (LH)**

| | |
|---|---|
| **Case Name:** | Sindicato De Bomberos Unidos De Puerto Rico, Inc. v. 3M Company et al |
| **Case Number:** | PR/3:24-cv-01248 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-198) Finalized on 7/3/2024. Please see pleading (4 in ILS/3:24-cv-01472, [2746] in MDL No. 2873, 3 in NYS/1:24-cv-04589, 5 in PR/3:24-cv-01248, 5 in PR/3:24-cv-01250, 4 in PR/3:24-cv-01251, 4 in PR/3:24-cv-01254, 4 in PR/3:24-cv-01258).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. South Carolina for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Acting Clerk of the Panel Marcella R. Lockert on 7/3/2024.**

**Associated Cases: MDL No. 2873, ILS/3:24-cv-01472, NYS/1:24-cv-04589, PR/3:24-cv-01248, PR/3:24-cv-01250, PR/3:24-cv-01251, PR/3:24-cv-01254, PR/3:24-cv-01258 (LH)**